UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KENNETH YOUNG, | Case No.: 16cv3124-WQH-BLM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| BANORTE; STEWART TITLE; RICK STARK; MARISELA SULLIVAN; NADIA HERNANDEZ; ONE ELEVEN; MICHAEL COSKEY; COASTAL DESIGN AND DEVELOPMENT GROUP; and DOES 1-10 inclusive, | |
| Defendants. | |

HAYES, Judge:

On August 28, 2018, the Court issued an Order which stated,

> [T]his Order constitutes notice to Plaintiff that the Court will dismiss this action for want of prosecution unless, no later than September 24, 2018, Plaintiff files a declaration showing cause as to why this case should not be dismissed for failure to prosecute.

(ECF No. 14.) The docket reflects that no response to the Court's August 28, 2018 Order has been filed.

IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to S.D. Cal. Civ. R. 41.1.

Dated: October 22, 2018

Hon. William Q. Hayes
United States District Court

1

16cv3124-WQH-BLM